UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TABITHA TRIPP, *et al*.,

    Plaintiffs,

        v.

JESSE R SMART, *sued in his official capacities as the Chairman of the Illinois State Board of Elections and Member of the State Officers Electoral Board, et al*.,

    Defendants.

Case No. 14-cv-890 JPG-PMF

## ORDER

The undersigned Judge hereby recuses himself in the above-entitled action and the Clerk is directed to reassign this case by random draw. Upon random draw, this case has been reassigned to United States District Judge Michael J. Reagan.   All future filings in this case shall bear the case number 13-cv-1310 MJR/PMF.

**IT IS SO ORDERED.**
**DATED: August 14, 2014**

*s/ J. Phil Gilbert*
**UNITED STATES DISTRICT JUDGE**