NITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TABITHA TRIPP, GARY SHEPHERD, CHARLIE HOWE, FELICIA VERO, HOLLY VERO, RENEE COOK, CANDACE A. COOK, and ILLINOIS GREEN PARTY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 14-cv-890-MJR-PMF |
| JESSE R. SMART, sued in his official capacities as the Chairman of the Illinois State Board of Elections and Member of the State Officers Electoral Board, CHARLES W. SCHOLZ, sued in his official capacities as Vice-Chairman of the Illinois State Board of Elections and Member of the State Officers Electoral Board, BRYAN A. SCHNEIDER, BETTY J. COFFRIN, HAROLD D. BYERS, CASSANDRA B. WATSON, WILLIAM M. McGUFFAGE, and ERNEST L. GOWEN, sued in their official capacities as Members of the Illinois State Board of Elections and Members of the State Officers Electoral Board, and RUPERT T. BORGSMILLER, sued in his official capacity as the Executive Director, Illinois State Board of Elections, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR PRELIMINARY INJUNCTION

NOW COME the Plaintiffs–Tabitha Tripp, Gary Shepherd, Charlie Howe, Felicia Vero, Holly Vero, Candace A. Davis, and the Illinois Green Party, by and through their attorney, Vito A. Mastrangelo, and for their Motion for Preliminary Injunction state as follows:

1. Plaintiffs Tabitha Tripp and Gary Shepherd are Green Party candidates for State Representative in Illinois (the 118th District and the 115th District, respectively) and have filed nomination papers with the Illinois State Board of Elections, reflecting the intent

1

of about 1,800 Illinois registered voters in each district to form a "new" political party and have the candidates of their choice–Tripp and Shepherd–printed upon the ballot for the General Election on November 4, 2014.  Plaintiffs Charlie Howe, Felicia Vero, Holly Vero, and Candace A. Davis are are duly registered voters in these districts who support the efforts to see the names of Tripp and Shepherd printed upon the November ballot.  The Illinois Green Party is a voluntary association and political party seeking to present Green Party candidates for office in Illinois.

2. The Illinois Constitution defines the eligibility requirements for a member of the General Assembly at Article IV, Section 2(c): United States citizenship, at least 21 years old, and residency in the district for two years preceding the election.  Ill. Const. 1970, Art. IV, Sec. 2(c).

3. Plaintiffs Tripp and Shepherd meet all the eligibility requirements set out in the Illinois Constitution, Art. V., Sec. 2(c).

4. The Illinois Election Code, 10 ILCS 5/1-1 *et seq.*, sets out further eligibility requirements for candidates seeking office in Illinois.

5. The Defendants are the appointed members of the Illinois State Board of Elections, which also acts as the State Officers Electoral Board, and its Executive Director (Borgsmiller).  The Illinois State Board of Elections and the State Officers Electoral Board are State agencies empowered with the task of enforcing the Illinois Election Code and determining the names of the candidates which are, and which are not, printed upon the November 4, 2014, General Election ballot.

6. On July 28, 2014, the State Officers Electoral Board Hearing Officer recommended that the names of Plaintiffs Tripp and Shepherd not be placed on the ballot for the November 4, 2014, General Election.  Ex. 1 & 2.

7. In their Amended Complaint, the Plaintiffs assert that two challenged provisions–the circulator-notarization requirement and the 5%-minimum-signature requirement–violate the First and Fourteenth Amendments of the United States Constitution when the provisions are considered individually and especially when considered in combination and cumulatively with the other ballot access restrictions imposed upon "new" political party candidates for office under the Illinois Election Code.

8. Accordingly, the Plaintiffs, as candidates and/or duly registered voters, hereby move for a preliminary injunction and order prohibiting the Defendants from enforcing the challenged provisions of the Illinois Election Code applicable to "new" political parties, as identified in the Plaintiffs' Amended Complaint.

9. Further, the Plaintiffs further move for an order enjoining the Defendants to print upon the November 4, 2014, General Election ballot the names of Plaintiff Tabitha Tripp as the Green Party candidate for 118th Representative District and Gary Shepherd as the Green Party candidate for 115th Representative District.

10. Based on the allegations of this Motion and the Amended Complaint and the the reasons set forth in the Memorandum of Law in Support of Motion for Preliminary Injunction, filed contemporaneously with this Motion, the Plaintiffs establish that they are likely to succeed on the merits of their cause, that they are likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in their favor, and that an injunction is in the public interest.

11. The Plaintiffs' Amended Complaint and this Motion concern core First Amendment rights and are time-sensitive in nature. Therefore, Plaintiffs respectfully request that this Court expedite the briefing schedule and its ruling upon the Plaintiffs' Motion, so that this Motion is resolved as soon as practicable, prior to the certification of

the ballot for the November 4, 2014, General Election.[1] The Plaintiffs further request that, if necessary, this Court order that the Defendants delay the certification of the General Election ballot for the 115th and 118th Representative Districts until this Motion can be ruled upon.

WHEREFORE, on the grounds stated herein, in the Amended Complaint, and in the accompanying Memorandum of Law, the Plaintiffs respectfully request the following relief:

A. That this Court enter an expedited schedule for the hearing and presentment of the Plaintiffs' Motion and a ruling thereon, prior to the certification of the ballot for the November 4, 2014, General Election, and that, if necessary, this Court order that the Defendants delay the certification of the General Election ballot for the 115th and 118th Representative Districts until this Motion can be ruled upon.

B. That this Court enter a preliminary injunction against the Defendants, (I) enjoining the Defendants from enforcing the challenged provisions of the Illinois Election Code applicable to "new" political parities, as identified in the Plaintiffs' Complaint, and (ii) enjoining the Defendants to print the names of the two Green Party Representative candidates upon the ballot for the November 4, 2014, General Election: Tabitha Tripp as the Green Party candidate for 115th District Representative and Gary Shepherd as the Green Party candidate for 118th District Representative.

B. In the alternative, in light of the unconstitutional burdens placed upon the

---

[1] On July 15, 2014, the ILGP, its statewide candidates, and one additional ILGP member filed a Complaint for Declaratory Judgment and Preliminary and Permanent Injunction in the United States District Court for the Northern District of Illinois, Eastern Division, which has been docketed as No. 14-cv-5398. A hearing was held on August 13, 2014, on the plaintiffs' motion for a preliminary injunction, and the Court has stated that it will rule on the motion on August 21.

Plaintiffs as described in the Amended Complaint and the Memorandum of Law, that this Court enjoin the Defendants to afford the Plaintiff candidates and the Illinois Green Party additional time in which to gather petition signatures from registered voters, in compensation for the undue burden imposed by the challenged provisions, individually or cumulatively, and to allow the Plaintiffs to file additional petition sheets without requiring notarization for each sheet.

D.  Any other or alternative relief in favor of the Plaintiffs that this court deems just and appropriate.

                         RESPECTFULLY SUBMITTED,

Tabitha Tripp, Gary Shepherd, Charlie Howe, Felicia Vero, Holly Vero, Renee Cook, Candace A. Davis, and Illinois Green Party, Plaintiffs

By:  s/Vito A. Mastrangelo

Vito A. Mastrangelo
Attorney at Law
P.O. Box 1253
Mt. Vernon, IL 62864
618-316-9886
VitoAMastrangelo@gmail.com

CERTIFICATE OF SERVICE

The undersigned, Vito A. Mastrangelo, an attorney, hereby certifies that on August 18, 2014, he electronically filed this Motion for Preliminary Injunction with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following:

None.

The undersigned further certifies that on August 18, 2014, he emailed a copy of the foregoing Motion for Preliminary Injunction–and also mailed a copy by U.S. Postal Service, properly addressed and postage fully prepaid, by depositing it in the U.S. Postal Service receptacle in Mt. Vernon, IL–to each of the named Defendants in care of the following nonregistered participants:

| | |
|---|---|
| Joshua D. Ratz | Steven Sandvoss |
| Assistant Attorney General | General Counsel |
| Office of the Illinois Attorney General | IL State Board of Elections |
| 500 South Second St. | 2329 S. MacArthur Blvd. |
| Springfield, IL 62706 | P.O. Box 4187 |
| JRatz@atg.state.il.us | Springfield, IL 62708 |
| | ssandvoss@elections.il.gov |

Respectfully submitted,

s/Vito A. Mastrangelo
Vito A. Mastrangelo
P.O. Box 1253, Mt. Vernon, IL 62864
Phone: 618-3116-9886
E-mail: VitoAMastrangelo@gmail.com
Illinois Bar No. 3127425